EDWARD KAYHART, executor, &c., of Wilbur Kayhart, deceased, respondent,

*v.*

ADELINE WHITEHEAD et al., appellants.

[Argued December 1st, 1910.   Decided June 19th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *77 N. J. Eq.* (*7 Buch.*) *12.*

*Mr. Harrison P. Lindabury,* for the appellants.

*Mr. Charles A. Rathbun,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, VREDEN-BURGH, CONGDON—10.

*For reversal*—None.